522 F.2d 621
 90 L.R.R.M. (BNA) 2747, 77 Lab.Cas. P 11,094
 KING ARTHUR TOYOTA, INC., Petitioner,
v.
NATIONAL LABOR RELATIONS BOARD, Respondent.
 No. 74-2241.
 United States Court of Appeals,
Ninth Circuit.
 Aug. 25, 1975.
 
 James A. Carter, San Francisco, Cal., for petitioner.
 Jay E. Shanklin, N. L. R. B., Washington, D. C., for respondent.
 
 ORDER
 
 1
 Before MERRILL and HUFSTEDLER, Circuit Judges, and SMITH,* District Judge.
 
 
 2
 The order of the Board issued June 28, 1974, and reported at 212 N.L.R.B. No. 42, is enforced in full.
 
 
 
 *
 Honorable Russell E. Smith, Chief United States District Judge for the District of Montana, sitting by designation